**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02629-BNB
(**The above civil action number must appear on all future papers**
 **sent to the court in this action.  Failure to include this number**
 **may result in a delay in the consideration of your claims.**)

CHRISTIAN P. MACHADO,

        Plaintiff,

v.

VISTALOFT/CARMEL PROPERTIES,

        Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

        Plaintiff, Christian P. Machado, currently resides in Saint Cloud, Florida.  Mr.

Machado has submitted a Title VII Complaint and a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are

deficient as described in this Order.  Mr. Machado will be directed to cure the following if

he wishes to pursue his claims.  Any papers that Mr. Machado files in response to this

Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
1. ___ is not submitted
2. ___ is not on proper form (must use the Court's current form)
3. ___ is missing original signature by Plaintiff
4. ___ is missing affidavit
5. ___ affidavit is incomplete
6. ___ affidavit is not notarized or is not properly notarized
7. ___ names in caption do not match names in caption of complaint, petition or application
8. ___ other:_____

**Complaint or Petition**:
9. ___ is not submitted

| 10. | __ | is not on proper form (must use the Court's current form) |
| 11. | X | is missing an original signature by Plaintiff |
| 12. | __ | is incomplete (failed to provide statement of claims and supporting factual allegations) |
| 13. | __ | uses et al. instead of listing all parties in caption |
| 14. | __ | names in caption do not match names in text |
| 15. | X | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| 16. | X | other: Please attach to the complaint a copy of the Notice of Right to Sue as required by paragraph 8 of the complaint |

Accordingly, it is

ORDERED that Mr. Machado cure the deficiencies designated above **within**

**thirty days from the date of this Order**.  Any papers that Mr. Machado files in

response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Machado shall obtain the Court-approved form

used in filing a Title VII Complaint, along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Machado fails to cure the designated

deficiencies **within thirty days from the date of this Order** the action will be

dismissed without further notice.

DATED September 27, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2