**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02629-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

CHRISTIAN P. MACHADO,

     Plaintiff,

v.

VISTALOFT/CARMEL PROPERTIES,

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Christian P. Machado, currently resides in Saint Cloud, Florida.  Mr.

Machado has submitted a Title VII Complaint and a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are

deficient as described in this Order.  Mr. Machado will be directed to cure the following if

he wishes to pursue his claims.  Any papers that Mr. Machado files in response to this

Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
1.    __    is not submitted
2.    __    is not on proper form (must use the Court's current form)
3.    __    is missing original signature by Plaintiff
4.    __    is missing affidavit
5.    __    affidavit is incomplete
6.    __    affidavit is not notarized or is not properly notarized
7.    __    names in caption do not match names in caption of complaint, petition or
       application
8.    __    other:_____

**Complaint or Petition**:
9.    __    is not submitted

| 10. | __ | is not on proper form (must use the Court's current form) |
|-----|-----|-----|
| 11. | X | is missing an original signature by Plaintiff |
| 12. | __ | is incomplete (failed to provide statement of claims and supporting factual allegations) |
| 13. | __ | uses et al. instead of listing all parties in caption |
| 14. | __ | names in caption do not match names in text |
| 15. | X | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| 16. | X | other: Please attach to the complaint a copy of the Notice of Right to Sue as required by paragraph 8 of the complaint |

Accordingly, it is

ORDERED that Mr. Machado cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Machado files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Machado shall obtain the Court-approved form used in filing a Title VII Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Machado fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 27, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge